UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>PATRICK DYON WILLIAMS,<br><br>                Defendant. | Case No. 18-132-RAJ<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND ALLOWING RETAINED COUNSEL TO SUBSTITUTE** |

The Court **GRANTS** defendant's motion to permit his current lawyer, Karen L. Unger, to withdraw, Dkt. 125, and **ORDERS**:

1. Defendant's appointed lawyer Karen Unger may withdraw in light of defendant's representation that he has retained new counsel, Courtney Will. New counsel shall file a notice of appearance immediately.

DATED this 13th day of June, 2018

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge