Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 2:18-cr-00132-RAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING |
| ) | MOTION FOR LEAVE TO FILE |
| ) | OVERLENGTH MOTION FOR |
| ) | COMPASSIONATE RELEASE |
| PATRICK DYON WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Honorable Richard A. Jones, having reviewed Defendants' Motion for Leave to File Overlength Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1), being familiar with the pertinent records, files, and proceedings, and finding good cause, hereby orders that the Motion (Dkt. # 895) is GRANTED.  Defendant's overlength motion of 29 pages is accepted.

DATED this 4th day of March, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING OVERLENGTH MOTION
2:18-cr-00132-RAJ

Luminata, PLLC
212 Broadway E. #22815
Seattle, WA 98102
(360) 726-3130
marla@luminatalaw.com