The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK D. WILLIAMS,<br><br>Defendant. | NO. CR18-132RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO SET BRIEFING SCHEDULE |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion (Dkt. # 903) is GRANTED and that the parties shall comply with the following briefing schedule:

   a.   The government's response to the motion should be filed on or before March 18, 2021; and

   b.   Any reply should then be filed on or before March 25, 2021; and

   c.   The matter noted for March 26, 2021.

DATED this 8th day of March, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Williams,* CR18-132 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970