Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cr-00132-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH REPLY TO MOTION FOR COMPASSIONATE RELEASE |
| PATRICK DYON WILLIAMS, | |
| Defendant. | |

The Honorable Richard A. Jones, having reviewed Defendant Patrick Dyon Williams' Motion for Leave to File Overlength Reply to Motion for Compassionate Release and being familiar with the pertinent records, files, and proceedings, hereby orders that the motion (Dkt. # 919) is GRANTED. Defendant's overlength reply of 14 pages is accepted.

DATED this 25th day of March, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING OVERLENGTH REPLY - 1
2:18-cr-00132-RAJ

Luminata, PLLC
212 Broadway E. #22815
Seattle, WA 98102
(360) 726-3130
marla@luminatalaw.com