The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK DYON WILLIAMS,<br><br>Defendant. | NO. CR18-132 RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT A TO GOVERNMENT'S RESPONSE TO ORDER FOR SUPPLEMENTAL MEDICAL RECORDS |

This matter has come before the Court on the motion to seal Exhibit A to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to Government's Response to the Court's Order for Supplemental Medical Records as to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

///
///
///
///
///

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Williams,* CR18-132 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that the United States' Motion to Seal (Dkt. # 934) is |
| 2 | GRANTED.  Exhibit A to Government's Response to the Court's Order for |
| 3 | Supplemental Medical Records as to Defendant's Motion for Compassionate Release |
| 4 | Pursuant to 18 U.S.C. § 3582(c)(1)(A) shall remain under seal. |

DATED this 25th day of May, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 2
United States v. Williams, CR18-132 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970